Fort Greene Packing Co., Inc., Respondent, v. Massachusetts Bonding and Insurance Co., Appellant.— In an action upon a surety bond conditioned upon the faithful performance of his duties by one Walpole, an employee of the plaintiff, the plaintiff has recovered judgment after a jury trial, and the defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Lillie Heller, Appellant, v. Max Heller, Respondent.— In a separation action, order granting defendant's motion for summary judgment dismissing the complaint, and order denying plaintiff's motion for alimony and counsel fees, affirmed, with one bill of ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.